IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHARLES BURDSALL                               :
                                               :
        **Plaintiff,**                         :
                                               :      **CIVIL ACTION**
        v.                                     :
                                               :      **NO. 18-3188**
                                               :
WEST WHITELAND TOWNSHIP, et al.,               :
                                               :
                                               :
        **Defendants.**                        :

## ORDER

**AND NOW,** this _28th_ day of April, 2020, upon consideration of Defendant Officer

Leah M. Cesanek's ("Officer Cesanek") Motion to Dismiss (ECF No. 27), Defendant West

Whiteland Township's Motion to Dismiss (ECF No. 24), and Defendants Bulldog Rod &

Custom, LLC ("Bulldog") and William Little's ("Little") Motion to Dismiss (collectively,

"Defendants") (ECF No. 25) Plaintiff's Amended Complaint (ECF No. 23), and Plaintiff's

Responses thereto (ECF Nos. 28, 29, 30), **IT IS HEREBY ORDERED AND DECREED** that

Defendants' Motions to Dismiss are **GRANTED** as follows[1]:

1. Count I against Defendant Officer Cesanek is **DISMISSED WITH
   PREJUDICE, IN PART**[2];

---

[1] This Order accompanies the Court's Memorandum Opinion dated April 28, 2020.

[2] Officer Cesanek filed a Praecipe to Withdraw her Motion to Dismiss Plaintiff's Fourth
Amendment wrongful arrest claim. ECF No. 31. In the Praecepie, Officer Cesanek stated she is
still pursuing her Motion to Dismiss all of Plaintiff's Section 1983 claims arising out of the
Constitution of the Commonwealth of Pennsylvania. ECF No. 31 at ¶ 6. As such, the Court
dismisses Plaintiff's claims arising under the Constitution of the Commonwealth of
Pennsylvania. Plaintiff may continue to pursue his Section 1983 claim against Officer Cesanek
for false arrest based upon violations of the Constitution of the United States.

2

2.  Count II against Defendant West Whiteland Township is **DISMISSED WITH PREJUDICE**[3];

3.  Count III against Defendants Bulldog and Little is **DISMISSED WITHOUT PREJUDICE**;

4.  Counts IV against Defendants Bulldog and Little is **DISMISSED WITHOUT PREJUDICE**; and

5.  Counts V against Defendants Bulldog and Little is **DISMISSED WITHOUT PREJUDICE**.


**BY THE COURT:**

**/s/ Petrese B. Tucker**

_____

**Hon. Petrese B. Tucker, U.S.D.J.**

---

[3] On May 28, 2019, the Court dismissed Plaintiff's Section 1983 claim against Defendant West Whiteland Township without prejudice and directed Plaintiff to file an Amended Complaint properly setting out the factual basis for his Section 1983 claim. Or. Mot. Dismiss, ECF No. 22.