IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHARLES BURDSALL,** : | |
| : | |
| **Plaintiff,** : | **CIVIL ACTION** |
| : | |
| v. : | **NO. 18-3188** |
| : | |
| **WEST WHITELAND TOWNSHIP, et al.,** : | |
| : | |
| **Defendants.** : | |

## ORDER

**AND NOW**, this __11th__ day of August 2021, upon consideration of Defendant Leah Cesanek's Motion for Summary Judgment (ECF 42) and Plaintiff's Response in Opposition (ECF 43), **IT IS HEREBY ORDERED AND DECREED** that Defendant's Motion for Summary Judgment is **GRANTED**.

Judgment is entered in favor of Defendant Leah Cesanek and all claims against her are **DISMISSED WITH PREJUDICE**.[1]

BY THE COURT:

/s/ Petrese B. Tucker
_____
Hon. Petrese B. Tucker, U.S.D.J.

---

[1] This Order accompanies the Court's Memorandum Opinion dated August 11, 2021.